[No. 28394-8-II.   Division Two.   August 5, 2003.]

CARL J. HATLEY, ET AL., *Appellants*, v. SABERHAGEN HOLDINGS, INC., *as Successor*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-11956-2, Brian M. Tollefson, J., entered February 14, 2002. *Reversed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J. Now published at 118 Wn. App. 485.

[No. 28816-8-II.   Division Two.   August 5, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL J. SHEPHERD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-00167-8, Jay B. Roof, J., entered June 11, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 29011-1-II.   Division Two.   August 5, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-8-00463-1, Robert L. Harris, J., entered July 3, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 29232-7-II.   Division Two.   August 5, 2003.]

JENEAN MCBREARTY, *Appellant*, v. CAROL LIVENGOOD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-07083-1, Kitty-Ann van Doorninck, J., entered September 3, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Armstrong, JJ.